UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                       :    INFORMATION

KEVIN JOSEPH REPTKE,              :    08CR 394 (KMK)
    a/k/a "Eric R. Holland,"      :
    a/k/a "Kevin Christopher      :
        Reptke,"                 :
    a/k/a "Kevin Christopher      :
        Joseph Reptke,"          :

          Defendant.         :

- - - - - - - - - - - - - - - - x

*[FILED STAMP: U.S. DISTRICT COURT, MAY 0 _ 2008, W.P., S.D. OF N.Y.]*

*[Handwritten: ORIGINAL]*

## COUNT ONE

The United States Attorney charges:

From at least on or about June 9, 2004, in the Southern District of New York and elsewhere, KEVIN JOSEPH REPTKE, a/k/a "Eric R. Holland," a/k/a "Kevin Christopher Reptke," a/k/a "Kevin Christopher Joseph Reptke," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been lawfully removed from the United States to Canada on or about March 15, 1994, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about August 19, 1992, in the United States District Court, Northern District of Oklahoma, for bank fraud in violation of Title 18, United States Code, Section 1344, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for

the Department of Homeland Security, to reapply for admission. (Title 8, United States Code, Sections 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney