# UNITED STATES DISTRICT COURT

## FOR THE

### SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA             :

      v.                                                     :           08 Cr. 394

KEVIN JOSEPH REPTKE,
    a/k/a "Eric R. Holland,"                          :
    a/k/a "Kevin Christopher Reptke,"         :
    a/k/a "Kevin Christopher Joseph Reptke,":
                                                 :
                    Defendant.

------------------------------------x

        KEVIN JOSEPH REPTKE, a/k/a "Eric R. Holland," a/k/a "Kevin Christopher Reptke," a/k/a "Kevin Christopher Joseph Reptke," the above-named defendant, who is accused of violating Title 8, United States Code, Section 1326(a) and (b)(2), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                                            _____
                                                                                 Defendant

                                                                            _____
                                                                            Counsel for Defendant

Date:  White Plains, New York
          May 7, 2008